
FILED
CLERK, U.S. DISTRICT COURT
JUN 2 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:19-CR-347-SVW-10 |
| MICHELLE ARCHULETA DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for June 28, 2019, at 3:00 ☐ a.m. / ☒ p.m. before the Honorable Jacqueline Chooljian, in Courtroom 750.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6/26/19

JACQUELINE CHOOLJIAN
U.S. District Judge/Magistrate Judge